ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transclean Corporation,
James P. Viken, Jon A. Lang,
and Donald E. Johnson,

Plaintiffs,

v.

MotorVac Technologies, Inc.,
Snap-on Inc., Penske-Corporation,
and Automotive Shop Services, Inc.,

Defendants.

Civil No. 01-287 (JRT/FLN)

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

---

The parties to the above-captioned matter hereby stipulate and agree that the time for Defendants, MotorVac Technologies, Inc., Snap-on Inc. and Penske-Corporation to answer or otherwise plead to Plaintiffs' Complaint in this case is hereby extended up to and including April 19, 2001.

Dated: March 16, 2001

HEINS MILLS & OLSON, P.L.C.

Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
700 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 338-4605
Fax: (612) 338-4692

FILED MAR 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Of Counsel:

JEFFERS, SHAFF & FALK, LLP
Roy L. Anderson
Tower 17, Suite 1400
18881 Von Karman Avenue
Irvine, California 92612
Telephone: (949) 660-7700
Fax: (949) 660-7799

ATTORNEYS FOR DEFENDANTS

Dated: 3/16/01

LARKIN, HOFFMAN, DALY
& LINDGREN, Ltd.

Alan M. Anderson (#149500)
Christopher K. Larus (#226828)
Cynthia M. Klaus (#27883X)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
Telephone: (952) 835-3800
Fax: (952) 896-3333

ATTORNEYS FOR PLAINTIFFS

IT IS SO ORDERED.

Dated: 3/19/01

Honorable Franklin L. Noel
United States Magistrate Judge