UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson,<br><br>Plaintiffs,<br><br>v.<br><br>MotorVac Technologies, Inc., Snap-on Inc., Penske Corporation, and Automotive Shop Services, Inc.<br><br>Defendants. | Court File No. 01-287<br><br>JRT/FLN<br><br>**STIPULATION SUBSTITUTING PARTIES AND EXTENDING TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED** and agreed to by and between Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang and Donald E. Johnson and Defendants, MotorVac Technologies, Inc., Snap-on Inc., and Penske Corporation, through their respective counsel of record, that Penske Auto Centers, L.L.C. is hereby substituted as a party defendant in place of Penske Corporation.

The parties further stipulate and agree that Penske Corporation be dismissed from the above-entitled action without prejudice and that all Defendants, including the substituted party, Defendant Penske Auto Centers, L.L.C., are hereby given an extension from April 19, 2001, until May 4, 2001 to answer or otherwise respond to Plaintiffs' Complaint on all Counts.

FILED APR 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**IT IS SO STIPULATED.**

Dated: April 19, 2001

**HEINS MILLS & OLSON, P.L.C.**

By ______________________

Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
700 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 338-4605
Fax: (612) 338-4692

Of Counsel:

**JEFFERS, SHAFF & FALK, LLP**
Roy L. Anderson
Tower 17, Suite 1400
18881 Von Karman Avenue
Irvine, California 92612
Telephone: (949) 660-7700
Fax: (949) 660-7799

ATTORNEYS FOR DEFENDANTS

**LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.**

By ______________________

Alan M. Anderson (#149500)
Christopher K. Larus (#226828)
Cynthia M. Klaus (#27883X)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
Telephone: (952) 835-3800
Fax: (952) 896-3333

ATTORNEYS FOR PLAINTIFFS

Dated: April 19, 2001

**GREENE ESPEL, P.L.L.P.**

By ______________________________

B. Todd Jones (#015071X)
Becky R. Thorson (#254861)
William J. Otteson (#290440)
333 South Seventh Street, Suite 1700
Minneapolis, Minnesota 55402
Telephone: (612) 373-0830
Fax: (612) 373-0929

ATTORNEYS FOR DEFENDANT PENSKE AUTO CENTERS, L.L.C.

**IT IS SO ORDERED.**

Dated: April 20, 2001

______________________________
Honorable Franklin L. Noel
United States Magistrate Judge