UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transclean Corporation,
James P. Viken, et al.,

Plaintiffs,

v.

Motorvac Technologies, Inc.,
et al.,

Defendants.

Civil No. 01-287 JRT/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by September 1, 2001.

   b. All discovery shall be commenced in time to be completed by May 1, 2002.

   c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before August 1, 2001.

   d. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

   e. No more than 10 non-expert depositions shall be taken by any party.

   f. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by June 1, 2002.

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By all parties on or before March 15, 2002, with respect to initial experts.

2) By all parties on or before April 15, 2002, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before March 15, 2002, with respect to initial expert reports.

2) By all parties on or before April 15, 2002, with respect to rebuttal expert reports.

3) Reply reports on or before May 1, 2002.

c. Each party may depose no more than 4 expert witnesses on or before June 1, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to July 1, 2002.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with

a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial no later than September 1, 2002, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 5-10 trial days.

DATED: July 5, 2001.

Franklin L Noel

FRANKLIN L. NOEL
Chief Magistrate Judge