420871

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-287 (JRT/FLN) **Case Title:** TRANSCLEAN CORP. V. MOTORVAC TECHNOLOGIES, INC

Affidavit of Movant

I, Daniel E. Gustafson an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice **Willmore F. Holbrow, III**, an attorney admitted to practice in the **Central** District of **California**, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff(X)defendant **MotorVac Technologies, Inc.** in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | #202241 | 9/14/01 |

Affidavit of Proposed Admittee

I, **Willmore F. Holbrow, III** currently a member in good standing of the U.S. District Court for the **Central** District of **California**, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| **Willmore F. Holbrow III** | [signature] | 9/19/01 |

Attorney License Number: **California State Bar No. 169688**

Law Firm Name & Address: **Blakely, Sokoloff, Taylor & Zafman**
**12400 Wilshire Blvd., Ste 700**
**Los Angeles, CA 90025**

Telephone: (**310**) **207-3800**

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

OCT 03 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK