UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| TRANSCLEAN CORPORATION, JAMES P. VIKEN, an individual, JON A. LANG, an individual, DONALD E. JOHNSON, an individual, Plaintiffs, v. MOTORVAC TECHNOLOGIES, INC., SNAP-ON, INC., PENSKE AUTO CENTERS, et al. Defendants. | Case No. 01-CV-287JRT/FLN **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to Local Rule 83.7(b), Counsel for Defendants MotorVac Technologies, Inc., ~~Snap-on, Inc.~~ and Penske Auto Centers, LLC, hereby replace Jeffers Shaff & Falk with:

Dennis G. Martin,
Willmore F. Holbrow, III
Raul D. Martinez
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP,
12400 Wilshire Boulevard, 7th Floor
Los Angeles, California 90025
(310) 207-3800
(fax) (310) 820-5988

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Jeffers Shaff & Falk hereby withdraws as counsel of record.

Heins, Mills & Olson and Green • Espel remain as counsel of record.

Defendants MotorVac Technologies, Inc., ~~Snap-on, Inc.~~ and Penske Auto Centers, LLC hereby consent to the withdrawal of Jeffers Shaff & Falk and substitution in of Blakely, Sokoloff, Taylor & Zafman, LLP, as indicated below.

~~This notice is accompanied by~~ Motions for Admission Pro Hac Vice of Dennis G. Martin, Willmore F. Holbrow, III, and Raul D. Martinez. have been previously filed.

**DEFENDANTS:**

THE FOLLOWING DEFENDANTS HEREBY CONSENT TO THE ABOVE WITHDRAWAL AND SUBSTITUTION OF COUNSEL:

Dated: September 14, 2001 ______________________________
Lee I. Melody, President/CEO
MotorVac Technologies, Inc.

Dated: September ___, 2001 ______________________________
John DiSalvo, General Counsel
Penske Auto Centers, LLC

Dated: September ___, 2001 ______________________________
Title:
Snap-on, Inc.

//

//

Jeffers Shaff & Falk hereby withdraws as counsel of record.

Heins, Mills & Olson and Green • Espel remain as counsel of record.

Defendants MotorVac Technologies, Inc., Snap-on, Inc. and Penske Auto Centers, LLC hereby consent to the withdrawal of Jeffers Shaff & Falk and substitution in of Blakely, Sokoloff, Taylor & Zafman, LLP, as indicated below.

This notice is accompanied by Motions for Admission Pro Hac Vice of Dennis G. Martin, Willmore F. Holbrow, III, and Raul D. Martinez.

**DEFENDANTS:**

THE FOLLOWING DEFENDANTS HEREBY CONSENT TO THE ABOVE WITHDRAWAL AND SUBSTITUTION OF COUNSEL:

Dated: September ____, 2001 ____________________________
Lee I. Melody, President/CEO
MotorVac Technologies, Inc.

Dated: September 17, 2001 [signature]
John DiSalvo, General Counsel
Penske Auto Centers, LLC

Dated: September ____, 2001 ____________________________
Title:
Snap-on, Inc.

//

//

**WITHDRAWING COUNSEL:**

WE HEREBY WITHDRAW FROM REPRESENTATION, AND CONSENT TO THE ABOVE SUBSTITUTION OF COUNSEL:

Dated: September ____, 2001 ______________________________

Roy L. Anderson
JEFFERS SHAFF & FALK
Tower 17, Suite 1400
18881 Von Karman Ave.
Irvine, CA 92612

**NEW COUNSEL:**

WE HEREBY ACCEPT REPRESENTATION OF THE ABOVE-NAMED DEFENDANTS:

Dated: September 14, 2001 ______________________________

Dennis G. Martin
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
12400 Wilshire Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 207-3800
Facsimile: (310) 820-5988

**SUBMITTED BY:**

Dated: September _____, 2001

______________________________

Daniel E. Gustafson
HEINS, MILLS & OLSON
700 Northstar Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Co-Counsel for
MotorVac Technologies, Inc., ~~Snap-on, Inc.,~~ and Penske Auto Centers LLC

**WITHDRAWING COUNSEL:**

WE HEREBY WITHDRAW FROM REPRESENTATION, AND CONSENT TO THE ABOVE SUBSTITUTION OF COUNSEL:

Dated: September 17, 2001 ______________________

~~Roy L. Anderson~~ Barry D. Falk
JEFFERS SHAFF & FALK
Tower 17, Suite 1400
18881 Von Karman Ave.
Irvine, CA 92612

**NEW COUNSEL:**

WE HEREBY ACCEPT REPRESENTATION OF THE ABOVE-NAMED DEFENDANTS:

Dated: September 14, 2001 ______________________

Dennis G. Martin
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
12400 Wilshire Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 207-3800
Facsimile: (310) 820-5988

**SUBMITTED BY:**

Dated: ~~September~~ October 2, 2001

______________________

Daniel E. Gustafson
HEINS, MILLS & OLSON
700 Northstar Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Co-Counsel for
MotorVac Technologies, Inc., ~~Snap-on, Inc.,~~ and Penske Auto Centers LLC

WITHDRAWAL AND SUBSTITUTION OF COUNSEL IS HEREBY APPROVED:

Dated: Oct 5, 2001

John R. Tunheim
United States District Judge