ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| TRANSCLEAN CORPORATION, JAMES P. VIKEN, an individual, JON A. LANG, an individual, DONALD E. JOHNSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MOTORVAC TECHNOLOGIES, INC., SNAP-ON, INC., PENSKE AUTO CENTERS, et al.<br><br>Defendants. | Case No. 01-CV-287JRT/FLN<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL OF SNAP-ON, INC.** |

Pursuant to Local Rule 83.7(b), Counsel for Defendant Snap-on, Inc. hereby replaces Jeffers Shaff & Falk with:

Dennis G. Martin,
Willmore F. Holbrow, III
Raul D. Martinez
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP,
12400 Wilshire Boulevard, 7th Floor
Los Angeles, California 90025
(310) 207-3800
(fax) (310) 820-5988

NOV 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

as counsel of record. Jeffers Shaff & Falk hereby withdraws as counsel of record.

Hein, Mills & Olson and Green • Espel remain as counsel of record.

Defendant Snap-on Inc. consents to the withdrawal of Jeffers Shaff & Falk and substitution of Blakely, Sokoloff, Taylor & Zafman, LLP, as indicated below.

**DEFENDANT:**

THE FOLLOWING DEFENDANT HEREBY CONSENTS TO THE ABOVE WITHDRAWAL AND SUBSTITUTION OF COUNSEL:

Dated: October 18th, 2001 Susan Marrinan

Title:
Snap-on, Inc.

**WITHDRAWING COUNSEL:**

WE HEREBY WITHDRAW FROM REPRESENTATION, AND CONSENT TO THE ABOVE SUBSTITUTION OF COUNSEL:

Dated: October 29, 2001

Roy L. Anderson
JEFFERS SHAFF & FALK
Tower 17, Suite 1400
18881 Von Karman Ave.
Irvine, CA 92612

**NEW COUNSEL:**

WE HEREBY ACCEPT REPRESENTATION OF THE ABOVE-NAMED DEFENDANT:

Dated: October 16, 2001

Dennis G. Martin
Willmore F. Holbrow
Raul D. Martinez
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
12400 Wilshire Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 207-3800
Facsimile: (310) 820-5988

**SUBMITTED BY:**

Dated: October 31, 2001

Daniel E. Gustafson
HEINS, MILLS & OLSON
700 Northstar Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Co-Counsel for
MotorVac Technologies, Inc., Snap-on, Inc., and Penske Auto Centers LLC

WITHDRAWAL AND SUBSTITUTION OF COUNSEL IS HEREBY APPROVED:

Dated: Nov. 2, 2001

John R. Tunheim
United States District Judge