UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transclean Corporation, et al.,

Plaintiffs,

v.

MotorVac Technologies, Inc., et al.,

Defendants.

Civil No. 01-287 JRT/FLN

ORDER

---

Alan M. Anderson, Esq., for Plaintiffs.
Dennis Martin and Daniel Hedland, Esq., for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on November 13, 2001, on Defendant Motorvac's Motion for Extension of Time to Respond to Plaintiffs' Motion to Enforce Settlement [#15].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that: Defendant Motorvac's Motion for Extension of Time to Respond to Plaintiffs' Motion to Enforce Settlement [#15] is **GRANTED in part** and **DENIED in part**, to the extent Ordered from the Bench at the Hearing as follows:

1. Insofar as the Motion seeks to extend the response time it is **DENIED**;

2. To the extent that the Motion seeks a response to be served on or before November 26, 2001 it is **GRANTED**.

DATED: November 26, 2001.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge



FILED NOV 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________