**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

TRANSCLEAN CORPORATION, et al.,

Plaintiffs,

v.

MOTORVAC TECHNOLOGIES, INC., et al.

Defendants.

Civil No. 01-287 (JRT/FLN)

**ORDER OF REFERENCE**

---

Alan M. Anderson and Christopher K. Larus, FULBRIGHT & JAWORSKI, 225 Sixth Street South, Suite 4850, Minneapolis, MN 55402, for plaintiffs.

Daniel E. Gustafson, Karla M. Gluek, HEINS MILLS & OLSON, 608 Second Avenue, South, Suite 700, Minneapolis, MN 55402, for defendant MortorVac Technologies, Inc.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that plaintiffs' motion to enforce settlement agreement [Docket No. 19] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for plaintiffs is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Dec. 18, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED DEC 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK