UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

Transclean Corporation, James P. Viken, an individual, Jon A. Lang, an individual, Donald E. Johnson, an individual,

Plaintiffs,

v.

MotorVac Technologies, Inc., Snap-On Inc., Penske Auto Centers L.L.C., et al.,

Defendants.

CIVIL NO. 01-287 (JRT/FLN)

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

WHEREAS the Plaintiffs' Motion To Enforce Settlement Agreement is currently pending before the Court; and

WHEREAS the parties wish to avoid unnecessary litigation expense and further wish to provide for the orderly completion of discovery if the Court denies the Plaintiffs' motion;

NOW, THEREFORE, the parties, by their attorneys, have stipulated to the following modifications to the Court's Pretrial Scheduling Order, and hereby move that the Court enter the following Order:

The Court's Pretrial Scheduling Order shall be amended as follows:

1.b. All discovery shall be commenced in time to be completed by July 1, 2002.

2.a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By all parties on or before May 15, 2002, with respect to initial experts.

2) By all parties on or before June 7, 2002, with respect to rebuttal experts.

2.b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before May 15, 2002, with respect to initial expert reports.

2) By all parties on or before June 7, 2002, with respect to rebuttal expert reports.

3) Reply reports on or before June 15, 2002.

APR 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

25143687.1

2.c. Each party may depose no more than 4 expert witnesses on or before July 1, 2002.

3.a. All dispositive motions shall be filed prior to August 1, 2002.

DATED: April 1, 2002

By ______________________

Alan M. Anderson (149500)
Christopher K. Larus (226828)
Fulbright & Jaworski L.L.P.
4850 First Bank Place
601 Second Ave. South
Minneapolis, MN 55402-4320
Telephone: (612) 321-2800

Attorneys for Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang, And Donald E. Johnson

DATED: April 2, 2002

By ______________________

Daniel E. Gustafson, Esq. (202241)
Karla M. Gluek (238399)
Heins Mills & Olson, P.L.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605

Of Counsel:

Dennis G. Martin, Esq. (54060)
Willmore F. Holbrow, Esq. (169688)
Raul D. Martinez, Esq. (210831)
Blakely Sokoloff Taylor & Zafman
12400 Wilshire Blvd., Suite 700
Los Angeles, CA 90025-1030
Telephone: (310) 207-3800

Attorneys for Defendants

25143687.1

DATED: April 1, 2002

By [signature]
Jeanette M. Bazis, Esq.(255646)
Greene Espel, P.L.L.P.
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
Telephone: (612) 373-0830

Attorneys for Defendant Penske Auto Centers, L.L.C. (as to Counts II and III)

**ORDER**

**IT IS SO ORDERED.**

**BY THE COURT:**

Dated: April 5, 2002

[signature]
Franklin L. Noel
United States District Court Chief Magistrate Judge

25143687.1