ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson,

Civil No. 01-CV-287 JRT/FLN

Plaintiffs,

v.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

MotorVac Technologies, Inc., Snap-on Inc., Penske Auto Centers, LLC, and Automotive Shop Services, Inc.,

Defendants

Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson, on the one hand, and Penske Auto Centers, LLC, on the other hand, by and through their respective undersigned attorneys, hereby agree and stipulate that Counts II and III of the Complaint in this matter have been fully compromised and settled. Therefore:

IT IS HEREBY STIPULATED that Counts II and III may be, and hereby are, dismissed on its merits and with prejudice, without further costs or disbursements to any of the parties.

Dated: April 23, 2002

**FULBRIGHT & JAWORSKI, LLP**

By: Christopher K. Larus

Alan M. Anderson (149500)
Christopher K. Larus (226828)
225 S. Sixth Street
Suite 4850
Minneapolis, MN 55402-4320
(612) 321-2800

**Attorneys for Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang and Donald E. Johnson**

MAY 13 2002

Dated: April 22, 2002

GREENE ESPEL, P.L.L.P.

By: [signature]
Jeanette M. Bazis (#255646)
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
Telephone: (612) 373-0830

**Attorneys for Penske Auto Centers, LLC**

**IT IS SO ORDERED.**

Dated: May 13, 2002

By: [signature]
Hon. John R. Tunheim

FULBRIGHT & JAWORSKI L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
225 SOUTH SIXTH STREET
SUITE 4850
MINNEAPOLIS, MN. 55402

TELEPHONE: 612/321-2800
FACSIMILE: 612/321-9600

INTERNET ADDRESS:
CLARUS@FULBRIGHT.COM

DIRECT DIAL NUMBER:
612/399-1822

HOUSTON
WASHINGTON, D.C.
AUSTIN
SAN ANTONIO
DALLAS
NEW YORK
LOS ANGELES
MINNEAPOLIS
LONDON
HONG KONG
MUNICH

May 10, 2002

Via Messenger

Judge John R. Tunheim
United States District Court
U.S. Courthouse
300 South Fourth Street, Room 13E
Minneapolis, MN 55415

Re: *Transclean Corporation, et al. v. MotorVac Technologies, Inc. et al.*
Court File No. 01-287 (JRT/FLN)

Dear Judge Tunheim:

I write to inform the Court that the Plaintiffs in the above-titled action have settled claims II and III of their Complaint and have filed a Stipulation of Dismissal with respect to these claims. A courtesy copy of this Stipulation is enclosed.

Claim I currently remains pending against all defendants. As the court is aware, claim I is the subject of Magistrate Judge Noel's recent Report and Recommendation in this matter.

Very truly yours,

Christopher K. Larus

CKL/ks

Enclosure

c.: Dennis G. Martin, Esq.
Daniel Gustafson, Esq.
Jeannette Bazis, Esq.

25165431.1