**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

TRANSCLEAN CORP.;
JAMES P. VIKEN; JON A. LANG; and
DONALD E. JOHNSON,

Plaintiffs,

v.

MOTORVAC TECHNOLOGIES, INC.;
SNAP-ON INC.; PENSKE AUTO
CENTERS, LLC; and AUTOMOTIVE
SHOP SERVICES, INC.,

Defendants.

Civil No. 01-287 (JRT/FLN)

**ORDER FOR ENTRY OF JUDGMENT**

Alan M. Anderson, Christopher K. Larus, and Sharna A. Wahlgren, FULBRIGHT & JAWORSKI L.L.P., 225 South Sixth Street, Suite 4850, Minneapolis, MN 55402, for plaintiffs.

Samuel D. Heins, Daniel E. Gustafson, and Karla M. Gluek, HEINS MILLS & OLSON, P.L.C., 3550 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402; and Dennis G. Martin, BLAKELY, SOKOLOFF, TAYLOR, & ZAFMAN, 12400 Wilshire Boulevard, Suite 700, Los Angeles, CA 90025, for defendant Motorvac Technologies.

The Court, having adopted the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated May 3, 2002, and having granted plaintiffs' motion to enforce the settlement agreement entered into between the plaintiffs and

FILED JAN 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. JAN 07 2003
DEPUTY CLERK

defendant MotorVac Technologies, Inc. ("MotorVac")[1], hereby orders that judgment be entered as follows:

1. Under the terms of the settlement agreement between the plaintiffs and MotorVac, MotorVac agreed to pay to the plaintiffs the lump sum of $1,001,207 (the "Settlement Amount"). Consistent with the Report and Recommendation, the Settlement Amount shall be reduced by amounts the plaintiffs received in a prior settlement agreement with defendant Snap-on, Inc. Accordingly, judgment shall be entered against MotorVac and in favor of plaintiffs in the amount of $829,182 (the "Judgment Amount").

2. Plaintiffs' claims against MotorVac are hereby **DISMISSED WITH PREJUDICE**.

3. Plaintiffs' remaining claims against defendants Snap-on, Inc., Penske Corporation, and Automotive Shop Services, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**. Upon notice to the Court that MotorVac has tendered payment of the Judgment Amount of $829,182, the dismissal of plaintiffs' claims against defendants Snap-on, Inc., Penske Corporation, and Automotive Shop Services, Inc. shall become a dismissal with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: Jan. 7, 2003
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

---

[1] *See Transclean Corp. v. MotorVac Technologies, Inc.*, Civ. No. 01-287, slip op. (D. Minn. Sept. 30, 2002).