ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| TRANSCLEAN CORPORATION, JAMES P. VIKEN, an individual, JON A. LANG, an individual, DONALD E. JOHNSON, Plaintiffs, v. MOTORVAC TECHNOLOGIES, INC., SNAP-ON, INC., et al., Defendants. | Case No. 01-287JRT/FLN **AMENDED ORDER FOR ENTRY OF JUDGMENT** |

The Court, having adopted the Report and Recommendation of the United States Magistrate Judge Franklin L. Noel dated May 3, 2002, and having granted plaintiffs' motion to enforce settlement agreement entered into between the plaintiffs and defendant MotorVac Technologies, Inc. ("MotorVac"), hereby orders that judgment be entered as follows:

1. Under the terms of the settlement agreement between the plaintiffs and MotorVac, MotorVac agreed to pay to the plaintiffs the lump sum of $1,001,207 (the "Settlement Amount"). Consistent with the Report and Recommendation the Settlement Amount shall be reduced by amounts the plaintiff's received in a prior settlement agreement with defendant Snap-on, Inc. Accordingly, judgment shall be entered against MotorVac and in

FILED JAN 2 2 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 2 2 2003
DEPUTY CLERK

favor of plaintiffs in the amount of $829,182 (the "Judgment Amount").

2. Plaintiffs' Complaint against MotorVac is hereby DISMISSED WITH PREJUDICE.

3. Plaintiffs' Complaint against defendants Snap-On, Inc. and Penske Auto Centers, LLC, is hereby DISMISSED WITHOUT PREJUDICE, except that the prior dismissal with prejudice of Count II and III asserted against Penske Auto Centers, LLC remains intact. Upon notice to the Court that MotorVac has tendered payment of the Judgment Amount of $829,182, the dismissal of defendants Snap-on, Inc. and Penske shall become a dismissal with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 22, 2003

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge