NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

01.287JRT/FLN

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

07/30/03

cc: Clerk's Office, DCT
DENNIS G. MARTIN
ALAN MARSHALL ANDERSON

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JUL 30 2003

JAN HORBALY
CLERK

ISSUED AS A MANDATE: 07/30/03

TRANSCLEAN V MOTORVAC TECHNOLOGIES, 03-1283
DCT - 01-CV-287

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Linda Purdie Date: 07/30/03

FILED AUG 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____